# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00410-CR

**Paul J. Stautzenberger, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
### NO. 2003CR0114A, HONORABLE CHARLES E. (CHUCK) MILLER, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

A jury found appellant Paul J. Stautzenberger guilty of driving without a valid driver's license. The jury assessed a $200 fine.

Appellant represents himself on appeal, as he did at trial. His brief on appeal was due February 6, 2004. When no brief was filed, the appeal was set for submission. Appellant was notified of the date of submission and told that he could file a brief at any time before that date. No brief has been tendered for filing. *See* Tex. R. App. P. 38.8(b)(4) (consideration of appeal without briefs).

We have examined the record and find no fundamental error or other matter that should be considered in the interest of justice.  The judgment of conviction is affirmed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Affirmed

Filed:   May 20, 2004

Do Not Publish